IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MORGAN ANDERSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FINLEY CATERING CO., INC. and | : | |
| UNION TRUST  EVENTS, INC. | : | NO. 16-619 |

## ORDER

**AND NOW**, this 27th day of October, 2016, upon consideration of Defendants' Motion

to Dismiss Plaintiff's Amended Complaint (Docket No. 12), and all documents filed in

connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS**

**HEREBY ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.